# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAYS INNS WORLDWIDE, INC. [formerly known as DAYS INNS OF AMERICA, INC.], a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>MAYU & ROSHAN, LLC, BABU PATEL, an Individual, and URESH PATEL, an Individual,<br><br>Defendants. | Civil Action No. 06-cv-1581 (PGS)<br><br>**DEFAULT JUDGMENT** |

This matter comes before this Court on Plaintiff Days Inns Worldwide, Inc.'s motion for entry of a default judgment, pursuant to Fed. R. Civ. P. 55(b). The Court having considered the plaintiff's brief and supporting papers; and for the reasons set forth in the accompanying opinion; and for good cause shown

IT IS on this 6th day of June, 2007;

**ORDERED** that default judgment be and is hereby entered against Defendants Mayu & Roshan, LLC, Babu Patel, and Uresh Patel in the amount of $349,650.23; and it is further

**ORDERED** that Plaintiff Days Inns Worldwide, Inc. is to provide, within 30 days, any and all necessary supplemental information to substantiate plaintiff's claim for attorneys' fees and costs, otherwise an appropriate damages hearing will be scheduled.

June 6, 2007

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.